# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-five.

Before:     William J. Nardini,
               *Circuit Judge.*

---

Raw Story Media, Inc., AlterNet Media, Inc.,

    Plaintiffs - Appellants,            **ORDER**

                                       Docket No. 25-1756

    v.

OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC,

    Defendants - Appellees.

---

     The parties jointly move for an extension to the briefing schedule such that Appellees' response brief will be due on November 10, 2025, and Appellants' reply brief will be due on December 8, 2025.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court:
                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court